**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Clarence Duane Abney, Appellant.

Appellate Case No. 2016-002394

―――――――――――

Appeal From Lexington County
Eugene C. Griffith, Jr., Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-175
Submitted March 1, 2018 – Filed May 2, 2018

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.